DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL GALLUCCIO,**
Appellant,

v.

**COUNCIL ON AGING OF ST. LUCIE, INC.,**
Appellee.

No. 4D18-3005

[February 27, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 432018CA000697CAXXMX.

Michael Galluccio, Stuart, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.* *See* Fla. R. App. P. 9.315(a).

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***